OLIVER BROWN (State Bar No. 335952)
Oliver.Brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorney for Motion Picture Association, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to CLOUDFLARE, INC. | Case Number: 2:24-mc-00115<br><br>**DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Larissa Knapp, the undersigned, declare that:

1. I am Executive Vice President and Global Chief of Content Protection for the Motion Picture Association, Inc. ("MPA"). I submit this declaration on behalf of Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Netflix Worldwide Entertainment, LLC, Paramount Pictures Corp., Sony Pictures Animation, Inc., Sony Pictures Television, Inc., SPE Visual Works, Inc., Universal City Studios Productions LLLP, and Warner Bros. Entertainment, Inc. ("ACE Members"), each of which is a member of the Alliance for Creativity and

1  Entertainment ("ACE").  ACE is a global coalition of leading content creators and
2  on-demand entertainment services committed to supporting the legal marketplace
3  for video content and addressing the challenge of online piracy.  The ACE
4  Members, whether themselves or through subsidiaries and affiliates, own the
5  copyrights in the below referenced copyrighted works.
6         2.     The ACE Members (via the Motion Picture Association, Inc.) are
7  requesting issuance of the attached proposed subpoena that would order Cloudflare,
8  Inc. to disclose the identities, including names, physical addresses, IP addresses,
9  telephone numbers, e-mail addresses, payment information, account updates and
10 account histories of the users operating the following websites:

| No | Infringing Website | Infringed Title 1 | Infringing URL 1 | Infringed Title 2 | Infringing URL 2 |
|----|-------------------|-------------------|------------------|-------------------|------------------|
| 1  | fikper.com        | Shazam!           | s1175.fikper.com/download/eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJlbmNyeXB0ZWRQbGF5bG9hZCI6ImM5YzhlOTM1YjAxYTQ2M2JkOWI3NGYxM2RhZGE4YWVhMTEwMDVlOWVkN2RjNmJlZGhhNTQwNmNjZTU0YzhhOTdhNzcwN2ZmZTM2ODk5YTgwOTI3MjU5NGI3ZjNkOTFjYmQxYTQ5Y2QwYTZjMDM1YzJlYjE0MGRjZDkyMmQyOGMyNGUzMzYyOGE0MDljZjhjNjk5N2RlZjlkNzg0M2RkMmQ1NmQ0OTcxNTAxZDZjNjBiOThhMWYzZDMxYzU0ZWZlMWU3YzZkYmFhNjc0ZjQzZTczMzYxMmQ4Yjc0MDQ2MmFiYjYiO3Zli | Dungeons & Dragons: Honor Among Thieves | fikper.com/ZYUZ3YjlPA/d.a.d.h.a.t.2023.2160p.uhd.bluray.x265-b0mbardiers.mkv.html |

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | MzYwOTBmNTM5OTkyODRhN | | |
| 2 | | | WQwYTY5MzUyMTU4MjE1MjJh | | |
| 3 | | | MWM2NTFhZGE4MGEzYjQ4NW | | |
| 4 | | | U3OWEwMmI2MjAxYTZlMzVl | | |
| 5 | | | YjIzNThhNDQxYjM1ZTYxMDhjN | | |
| 6 | | | TJiMGVhM2U5YzNhN2VlMDBiM | | |
| 7 | | | DgzNjJiNjYyYjI5YzYyOWQyMzA | | |
| 8 | | | wY2UzZmM1NjlmMzNiMTFhYzk | | |
| 9 | | | wODc4ZGI4NjkzMDJiMDgyOTQx | | |
| 10 | | | YTFiODYwNWJkNzRjOWEwZD | | |
| 11 | | | VmNzU1NzMwZWFhMjdjM2ExNj | | |
| 12 | | | NjNDBhODgzZGNmYzMxMGQ4 | | |
| 13 | | | MDExMDc2ZDBiZTdiMjM5YWNi | | |
| 14 | | | ZWRhZGViMDI0YmU1NjJkMmU4 | | |
| 15 | | | OWMyNTY0NGRiN2Y2NmY0ZG | | |
| 16 | | | I3YzRiZGFkYTA0ZjE3ZGVhZTRh | | |
| 17 | | | NWIzZGI0MGQ0ZDNlNjNlOWZj | | |
| 18 | | | NzVjNDMzZjQ2YjNjMmM4ODdh | | |
| 19 | | | OTRhMjE0MzY2YzYyNTk0NzRh | | |
| 20 | | | NzgxM2ZiNmM2YjFmNDIzM2Fi | | |
| 21 | | | MmFjODEzYmQ5NWRiMDZjYjE | | |
| 22 | | | 1OWU3NTBiZjM2NGIxMGYyZTBl | | |
| 23 | | | ZDEwMTBlMGJkMjFmODk1MD | | |
| 24 | | | FkMTFiMjJmNDJhZjU0OWIyMzR | | |
| 25 | | | mNTVmZGIwMzdhZmZkODU3ZD | | |
| 26 | | | FhMjU4NWU5MWZhM2Y1MDg3 | | |
| 27 | | | OThiNDE1YjVmOTkxMDk4MWV | | |
| 28 | | | iYzQwMTU3YTE | | |

-3-

| # | Site | Title | URL | Title | URL |
|---|------|-------|-----|-------|-----|
| 1 | | | xMzkxNTJmZmFiY2UzYmYxMTI5NGQxNGMzIiwiaWF0IjoxNzE5NDkzMjIwLCJleHAiOjE3MTk0OTQxMjB9.JIBubdmYsJlzqAZjKeFK21n9WvvhnUI_S5RIbFF8EJQ/s.f.o.t.g.2023.720p.bluray.x264.pignus.mkv | | |
| 2 | streamtape.com | Magic Mike's Last Dance | streamtape.com/e/7XJKWLMRmBIALQw | Dungeons & Dragons: Honor Among Thieves | streamtape.com/e/yPMz7j0Xvrc11ll |
| 3 | darkibox.com | Top Gun: Maverick | darkibox.com/bxz8mkd4grdp | Godzilla vs Kong | darkibox.com/ewdzp4nlvn1m |
| 4 | kissanime.com.ru | Food Wars! The Second Plate S02E01 | kissanime.com.ru/Anime/Shokugeki-no-Souma-Ni-no-Sara/Episode-001?id=127383 | Tokyo Revengers S02E01 | kissanime.com.ru/Anime/Tokyo-Revengers-Seiya-Kessen-hen/Episode-001?id=181925 |
| 5 | gimy.video | Mission: Impossible - Dead Reckoning Part 1 | gimy.video/ep/238601-4-1.html | Gran Turismo | gimy.video/ep/248026-2-1.html |
| 6 | soaper.live | Ferris Bueller's Day Off | soaper.live/movie_5XgRX05kbe.html | Jungle Cruise | soaper.live/movie_OMkKeRagLq.html |
| 7 | filman.cc | Encanto | filman.cc/movies/nasze-magiczne-encanto-encanto-2021-21 | Top Gun: Maverick | filman.cc/movies/top-gun-maverick-2022-22-2 |
| 8 | filmowo.club | Encanto | filmowo.club/movie/nasze-magiczne-encanto-97 | Top Gun: Maverick | filmowo.club/movie/top-gun-maverick-946 |
| 9 | moviehdthai.com | Godmothered | moviehdthai.com/?r=movie_view&id=28366 | Aquaman | moviehdthai.com/?r=movie_view&id=886 |
| 10 | filmoflix.to | Encanto | filmoflix.to/film/animation/9796-encanto-la-fantastique-famille-madrigal.html | Top Gun: Maverick | filmoflix.to/film/action/6723-top-gun-maverick.html |
| 11 | filmoflix.dad | Encanto | filmoflix.dad/film/animation/9796- | Top Gun: Maverick | filmoflix.dad/film/action/6723-top- |

-4-

| | | | | | |
|---|---|---|---|---|---|
| | | | encanto-la-fantastique-famille-madrigal.html | | gun-maverick.html |
| 12 | filmoflix.kim | Encanto | filmoflix.kim/film/animation/9796-encanto-la-fantastique-famille-madrigal.html | Top Gun: Maverick | filmoflix.kim/film/action/6723-top-gun-maverick.html |
| 13 | filmoflix.tel | Encanto | filmoflix.tel/films-d/animation/27549-encanto-la-fantastique-famille-madrigal.html | Top Gun: Maverick | filmoflix.tel/films-d/action/22290-top-gun-maverick.html |
| 14 | papadustream.to | Supernatural S01E01 | papadustream.to/categorie-series/drames/1333-supernatural/1-saison/1-episode.html | Breaking Bad S03E01 | papadustream.to/categorie-series/drames/1105-breaking-bad/3-saison/1-episode.html |
| 15 | movierulztv.us | Despicable Me 3 | movierulztv.us/film/despicable-me-3-original-2017-bluray-telugu-tamil-hindi-eng-movie-watch-online-free/ep-599 | Bolt | movierulztv.us/film/bolt-original-2009-bluray-telugu-tamil-hindi-eng-movie-watch-online-free/ep-4406 |
| 16 | tecflix.vip | Despicable Me 3 | tecflix.vip/movie/tt3469046 | Encanto | tecflix.vip/movie/tt2953050/ |
| 17 | movielair.cc | Big Hero 6 | movielair.cc/watch-movie/177572 | Godzilla vs Kong | movielair.cc/watch-movie/399566 |
| 18 | tuktukcima.com | Shazam! Fury of the Gods | tuktukcima.com/%D9%81%D9%8A%D9%84%D9%85-shazam-fury-of-the-gods-2023-%D9%85%D8%AA%D8%B1%D8%AC%D9985-%D8%A7%D9%88%D9%86-%D9%84%D8%A7%D9%8A%D9%86/watch/ | Dungeons & Dragons: Honor Among Thieves | tuktukcima.com/%D9%81%D9%8A%D9%84%D9%85-dungeons-dragons-honor-among-thieves-2023-%D9%85%D8%AA%D8%B1%D8%AC%D9%85-%D8%A7%D9%88%D9%86-%D9%84%D8%A7%D9%8A%D9%86/watch/ |
| 19 | anime-sama.fr | Food Wars! The Third Plate S03E01 | anime-sama.fr/catalogue/food-wars/saison3/vostfr/ | Yasuke S01E01 | anime-sama.fr/catalogue/yasuke/saison1/vostfr/ |

| | | | | | |
|---|---|---|---|---|---|
| 20 | animesaturn.mx | Yasuke S01E01 | animesaturn.mx/watch?file=abT94QsrCiIg9 | Hi Score Girl S01E06 | animesaturn.mx/watch?file=V5W6upEIe0_Pi |
| 21 | animesaturn.tv | Yasuke S01E01 | animesaturn.tv/watch?file=abT94QsrCiIg9 | Hi Score Girl S01E06 | animesaturn.tv/watch?file=V5W6upEIe0_Pi |
| 22 | srstop.link | Big Bang Theory S12E01 | srstop.link/show/the-big-bang-theory-s12e01/season/12/episode/1 | Black-ish S04E01 | srstop.link/show/black-ish-s04e01/season/4/episode/1 |
| 23 | topsrs.day | Big Bang Theory S12E01 | topsrs.day/show/the-big-bang-theory-s12e01/season/12/episode/1 | Black-ish S04E01 | topsrs.day/show/black-ish-s04e01/season/4/episode/1 |
| 24 | kinox.top | Fast & Furious 10 | kinox.top/9725-fast-furious-10-kostenlos-german.html | Wonder Woman 1984 | kinox.top/1833-wonder-woman-1984-stream-german-hd-deutsch.html |
| 25 | imoviehds.com | The Little Mermaid | imoviehds.com/the-little-mermaid-2/ | Spider-man: Far from Home | imoviehds.com/spiderman-2019-far-from-home/ |
| 26 | 123-hd.com | The Little Mermaid | 123-hd.com/the-little-mermaid | Spider-man: Far from Home | 123-hd.com/spider-man-far-from-home |
| 27 | 24-hd.com | The Little Mermaid | 24-hd.com/the-little-mermaid/ | Spider-man: Far from Home | 24-hd.com/spider-man-far-from-home/ |
| 28 | new-hd.com | Disenchanted | new-hd.com/disenchanted/ | Madame Web | new-hd.com/madame-web/ |
| 29 | serie-day.com | National Treasure: Edge of History S01E01 | serie-day.com/national-treasure-edge-of-history/ | Breaking Bad S04E01 | serie-day.com/breaking-bad-season-4/ |
| 30 | hianime.to | Summer Time Rendering S01E01 | hianime.to/watch/summer-time-rendering-17500?ep=89776 | Tokyo Pig S01E01 | hianime.to/watch/tokyo-pig-6066?ep=94166 |
| 31 | assistirseries.gratis | Breaking Bad S03E01 | assistirseries.gratis/ver/serie/breaking-bad-a-quimica-do-mal/online | Grey's Anatomy S019E03 | assistirseries.gratis/ver/serie/greys-anatomy/online |
| 32 | comandotorrents.to | The Batman | comandotorrents.to/batman-torrent-2022-dual-audio-dublado-4k-download-full-hd-assistir-online/ | Encanto | comandotorrents.to/encanto-torrent-2021-dual-audio-dublado/ |

| # | Domain | Title | URL | Title | URL |
|---|---|---|---|---|---|
| 33 | filmesxp.com | Encanto | filmesxp.com/filmes/assistir/encanto-online/ | The Batman | filmesxp.com/filmes/assistir/batman-online/ |
| 34 | megaflix.click | Breaking Bad S03E01 | megaflix.click/assistir/serie-breaking-bad-a-quimica-do-mal/3x1 | Grey's Anatomy S019E03 | megaflix.click/assistir/serie-greys-anatomy/19x3 |
| 35 | overflixtv.com | Breaking Bad S03E01 | overflixtv.com/assistir-breaking-bad-a-quimica-do-mal-3x1-dublado-online-3437/ | Grey's Anatomy S019E03 | overflixtv.com/assistir-a-anatomia-de-grey-19x3-legendado-online-17770/ |
| 36 | pelisflix.pink | Breaking Bad S03E01 | pelisflix.pink/episodio/breaking-bad-hd-aaq-kerr-3x1/ | Grey's Anatomy S019E03 | pelisflix.pink/episodio/greys-anatomy-aa-kcsr-19x3/ |
| 37 | pelispedia.mov | Breaking Bad S03E01 | pelispedia.mov/episodio/breaking-bad-2008-3x1/ | Grey's Anatomy S019E03 | pelispedia.mov/episodio/anatomia-de-grey-2005-19x3/ |
| 38 | pelisplus.to | Encanto | pelisplus.to/pelicula/encanto | Spider-man: Into the Spider-Verse | pelisplus.to/pelicula/spider-man-un-nuevo-universo |
| 39 | repelisplus.lat | Breaking Bad S03E01 | repelisplus.lat/v/breaking-bad-hd-aaq-kerr/online/3x1 | Grey's Anatomy S019E03 | repelisplus.lat/v/greys-anatomy-aa-kcsr/online/19x3 |
| 40 | seriesflix.my | Breaking Bad S03E01 | seriesflix.my/episodio/breaking-bad-zexe-3x1/ | Grey's Anatomy S019E03 | seriesflix.my/episodio/anatomia-de-grey-znmi-19x3/ |
| 41 | superfilmes.blue | Breaking Bad S03E01 | superfilmes.blue/series/assistir-online-breaking-bad | Grey's Anatomy S019E03 | superfilmes.blue/series/assistir-online-greys-anatomy/ |
| 42 | topflix.sh | Breaking Bad S03E01 | topflix.sh/series/assistir-online-breaking-bad/#/ | Grey's Anatomy S019E03 | topflix.sh/series/assistir-online-greys-anatomy/#/ |
| 43 | veronline.mov | Breaking Bad S03E01 | veronline.mov/series-online/breaking-bad-temporada-3-capitulo-1-4413.html | Grey's Anatomy S019E03 | veronline.mov/series-online/anatomaia-de-grey-temporada-19-capitulo-3-4320.html |
| 44 | tvchak113.com | Inside Out | tvchak113.com/index.php/vod/play/id/119155/sid/1/nid/1.html | Oppenheimer | tvchak113.com/index.php/vod/play/id/119325/sid/1/nid/1.html |
| 45 | hianime.mn | Summer Time Rendering S01E01 | hianime.mn/watch/summer-time-rendering-17500?ep=89776 | Tokyo Pig S01E01 | hianime.mn/watch/tokyo-pig-6066?ep=94166 |

-7-

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | hianime.nz | Summer Time Rendering S01E01 | hianime.nz/watch/summer-time-rendering-17500?ep=89776 | Tokyo Pig S01E01 | hianime.nz/watch/tokyo-pig-6066?ep=94166 |
| 47 | hianime.sx | Summer Time Rendering S01E01 | hianime.sx/watch/summer-timerendering-17500?ep=89776 | Tokyo Pig S01E01 | hianime.sx/watch/tokyo-pig-6066?ep=94166 |
| 48 | megacine.to | Encanto | megacine.to/filmes/assistir-encanto-online | The Batman | megacine.to/filmes/assistir-batman-online |
| 49 | pobreflix.global | Breaking Bad S03E01 | pobreflix.global/episodes/breaking-bad-a-quimica-do-mal-3x1/ | The Batman | pobreflix.global/filmes/batman-2022/ |
| 50 | seriesflixtv2.me | Breaking Bad S03E01 | seriesflixtv2.me/episodios/breaking-bad-a-quimica-do-mal-3x1/ | Grey's Anatomy S019E03 | seriesflixtv2.me/episodios/assistir-a-anatomia-de-grey-19x3-dublado-e-legendado-online-hd/ |

3. The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have exploited ACE Members' exclusive rights in their copyrighted motion pictures without their authorization. This information will only be used for the purposes of protecting the rights granted to ACE Members, the motion picture copyright owners, under Title 17 of the United States Code, the Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington D.C., on October 2, 2024.



Larissa Knapp