**ALLIANCE FOR Creativity and Entertainment**

www.alliance4creativity.com

Ms. Larissa Knapp
Executive Vice President and Global
Chief of Content Protection
Motion Picture Association, Inc.,
On Behalf of the Alliance for Creativity
and Entertainment

15301 Ventura Blvd., Building E
Sherman Oaks, CA 91403

Phone: (202) 293-1966
Email: enforcement@global.motionpictures.org

October 2, 2024

VIA EMAIL
legal@cloudflare.com; abuse+law@cloudflare.com
Justin Paine, Cloudflare, Inc.
101 Townsend Street Legal Department
San Francisco, CA 94107

      Re:    Notice of Infringement Regarding Certain Cloudflare Users

Dear Mr. Paine:

I am writing on behalf of the Alliance for Creativity and Entertainment ("ACE").

ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy. ACE includes some of the world's largest and most respected motion picture and television rights owners including, among many others, Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Universal City Studios LLC, Walt Disney Studios Motion Pictures, Warner Bros. Entertainment Inc., Amazon Content Services LLC and Netflix Studios, LLC (together, the "ACE Members").

ACE is organized for the purpose of preventing and mitigating online theft of copyrighted films and television programs, and undertakes initiatives to identify and take action against piracy threats to create an online environment in which copyrighted film and television content is more secure and online content theft can be addressed more effectively and efficiently.

The ACE Members, whether themselves or through subsidiaries and affiliates, own or are the exclusive licensees of copyrights in a vast library of motion pictures and television programs (the "Copyrighted Works").








www.alliance4creativity.com

We have determined that users of your system or network have infringed certain ACE Members' Copyrighted Works via the below-referenced Websites:

| No | Infringing Website | Infringed Title 1 | Infringing URL 1 | Infringed Title 2 | Infringing URL 2 |
|---|---|---|---|---|---|
| 1 | fikper.com | Shazam! | s1175.fikper.com/download/eyJhbGciOiJIUzI1NiIsInR5cCI6IkpXVCJ9.eyJlbmNyeXB0ZWRQbGF5bG9hZCI6ImM5YzhlOTM1YjAxYTQ2M2JkOWI3NGYxM2RhZGE4YWVhMTEwMDVlOWVkN2RjNmJlZDhhNTQwNmNjZTU0YzhhOTdhNzcwN2ZmZTM2ODk5YTgwOTI3MjU5NGI3ZjNkOTljNDY4YzhhOGRhYzVhYjZhOGI0OGZhY2FhZTIzMDMxYzJlYjY0OGMyYjI1NTZhMDdiY2U2NTMwOGQ2MDE5ZTQ0ZDY2N2I2ZDFjNzM3M2RjMjA4Mzg4YjRhMjRlNDgzMjJmMjY5NjhjYjk5NTJkZjFkYTI4M2RjMjU5Mzc3NzU5NGE0YTAwNmFkMDJkODY5MjY0NjY4NWFlZGU4OGVkNTQ3OGRjZGU4ZjFhMGI1ODc5MzhkY2RkYjQ1YmFjYzdjZGE5NjYzMGExMDQxZWYzOGZkOTE1YWEwMjM0OWRmYjk4YmU3ZmZkYWRhMzYwMTAxZTc0MzE5NTk0ZTEyMWNjMDk2ZjkzMzFhZGY2ZjQzNTQ3NjI3NWU2ODA0ZTc1NzU0YTJj | Dungeons & Dragons: Honor Among Thieves | fikper.com/ZYUZ3YjlPA/d.a.d.h.a.t.2023.2160p.uhd.bluray.x265-b0mbardiers.mkv.html |





www.alliance4creativity.com

|  |  |  | VhM2U5YzNhN2VlM DBiMDgzNjJiNjYyYjI5 YzYyOWQyMzAwY2U zZmM1NjlmMzNiMT FhYzkwODc4ZGI4Njkz MDJiMDgyOTQxYTFi ODYwNWJkNzRjOWE wZDVmNzU1NzMwZ WFhMjdjM2ExNjNjN DBhODgzZGNmYzMx MGQ4MDExMDc2ZD BiZTdiMjM5YWNiZW RhZGViMDI0YmU1NjJ kMmU4OWMyNTY0 NGRiN2Y2NmY0ZGI3 YzRiZGFkYTA0ZjE3ZG VhZTRhNWIzZGI0MG Q0ZDNlNjNlOWZjNzV jNDMzZjQ2YjNjMmM 4ODdhOTRhMjE0Mz Y2YzYyNTk0NzRhNzg xM2ZiNmM2YjFmNDl zM2FiMmFjODEzYm Q5NWRiMDZjYjE1O WU3NTBiZjM2NGlxM GYyZTBlZDEwMTBlM GJkMjFmODk1MDFk MTFiMjJmNDJhZjU0 OWIyMzFmNTVmZGI wMzdhZmZkODU3ZD FhMjU4NWU5MWZh M2Y1MDg3OThiNDE 1YjVmOTkxMDk4MW VjYzQwMTU3YTExMz kxNTJmZmFiY2UzYm YxMTI5NGQxNGMzIi wiaWF0IjoxNzE5NDk zMjIwLCJleHAiOjE3M |  |  |






www.alliance4creativity.com

|   |   |   | Tk0OTQxMjB9.JIBubdmYsJlzqAZjKeFK21n9WvvhnUI_S5RIbFF8EJQ/s.f.o.t.g.2023.720p.bluray.x264.pignus.mkv |   |   |
|---|---|---|---|---|---|
| 2 | streamtape.com | Magic Mike's Last Dance | streamtape.com/e/7XJKWLMRmBIALQw | Dungeons & Dragons: Honor Among Thieves | streamtape.com/e/yPMz7j0Xvrc11ll |
| 3 | darkibox.com | Top Gun: Maverick | darkibox.com/bxz8mkd4grdp | Godzilla vs Kong | darkibox.com/ewdzp4nlvn1m |
| 4 | kissanime.com.ru | Food Wars! The Second Plate S02E01 | kissanime.com.ru/Anime/Shokugeki-no-Souma-Ni-no-Sara/Episode-001?id=127383 | Tokyo Revengers S02E01 | kissanime.com.ru/Anime/Tokyo-Revengers-Seiya-Kessen-hen/Episode-001?id=181925 |
| 5 | gimy.video | Mission: Impossible - Dead Reckoning Part 1 | gimy.video/ep/238601-4-1.html | Gran Turismo | gimy.video/ep/248026-2-1.html |
| 6 | soaper.live | Ferris Bueller's Day Off | soaper.live/movie_5XgRX05kbe.html | Jungle Cruise | soaper.live/movie_OMkKeRagLq.html |
| 7 | filman.cc | Encanto | filman.cc/movies/nasze-magiczne-encanto-encanto-2021-21 | Top Gun: Maverick | filman.cc/movies/top-gun-maverick-2022-22-2 |
| 8 | filmowo.club | Encanto | filmowo.club/movie/nasze-magiczne-encanto-97 | Top Gun: Maverick | filmowo.club/movie/top-gun-maverick-946 |
| 9 | moviehdthai.com | Godmothered | moviehdthai.com/?r=movie_view&id=28366 | Aquaman | moviehdthai.com/?r=movie_view&id=886 |
| 10 | filmoflix.to | Encanto | filmoflix.to/film/animation/9796-encanto-la-fantastique-famille-madrigal.html | Top Gun: Maverick | filmoflix.to/film/action/6723-top-gun-maverick.html |






**ALLIANCE FOR Creativity and Entertainment**

www.alliance4creativity.com

| 11 | filmoflix.dad | Encanto | filmoflix.dad/film/animation/9796-encanto-la-fantastique-famille-madrigal.html | Top Gun: Maverick | filmoflix.dad/film/action/6723-top-gun-maverick.html |
|---|---|---|---|---|---|
| 12 | filmoflix.kim | Encanto | filmoflix.kim/film/animation/9796-encanto-la-fantastique-famille-madrigal.html | Top Gun: Maverick | filmoflix.kim/film/action/6723-top-gun-maverick.html |
| 13 | filmoflix.tel | Encanto | filmoflix.tel/films-d/animation/27549-encanto-la-fantastique-famille-madrigal.html | Top Gun: Maverick | filmoflix.tel/films-d/action/22290-top-gun-maverick.html |
| 14 | papadustream.to | Supernatural S01E01 | papadustream.to/categorie-series/drame-s/1333-supernatural/1-saison/1-episode.html | Breaking Bad S03E01 | papadustream.to/categorie-series/drame-s/1105-breaking-bad/3-saison/1-episode.html |
| 15 | movierulztv.us | Despicable Me 3 | movierulztv.us/film/despicable-me-3-original-2017-bluray-telugu-tamil-hindi-eng-movie-watch-online-free/ep-599 | Bolt | movierulztv.us/film/bolt-original-2009-bluray-telugu-tamil-hindi-eng-movie-watch-online-free/ep-4406 |
| 16 | tecflix.vip | Despicable Me 3 | tecflix.vip/movie/tt3469046 | Encanto | tecflix.vip/movie/tt2953050/ |
| 17 | movielair.cc | Big Hero 6 | movielair.cc/watch-movie/177572 | Godzilla vs Kong | movielair.cc/watch-movie/399566 |
| 18 | tuktukcima.com | Shazam! Fury of the Gods | tuktukcima.com/%D9%81%D9%8A%D9%84%D9%85-shazam-fury-of-the-gods-2023-%D9%85%D8%AA%D8%B1%D8%AC%D998 | Dungeons & Dragons: Honor Among Thieves | tuktukcima.com/%D9%81%D9%8A%D9%84%D9%85-dungeons-dragons-honor-among-thieves-2023-%D9%85%D8%AA% |

















































www.alliance4creativity.com

|    |               |                              | 5-%D8%A7%D9%88%D9%86-%D9%84%D8%A7%D9%8A%D9%86/watch/ |                          | D8%B1%D8%AC%D9%85-%D8%A7%D9%88%D9%86-%D9%84%D8%A7%D9%8A%D9%86/watch/ |
|----|---------------|------------------------------|------------------------------------------------------|--------------------------|------------------------------------------------------------------------|
| 19 | anime-sama.fr | Food Wars! The Third Plate S03E01 | anime-sama.fr/catalogue/food-wars/saison3/vostfr/ | Yasuke S01E01 | anime-sama.fr/catalogue/yasuke/saison1/vostfr/ |
| 20 | animesaturn.mx | Yasuke S01E01 | animesaturn.mx/watch?file=abT94QsrCjIg9 | Hi Score Girl S01E06 | animesaturn.mx/watch?file=V5W6upEIe0_Pj |
| 21 | animesaturn.tv | Yasuke S01E01 | animesaturn.tv/watch?file=abT94QsrCjIg9 | Hi Score Girl S01E06 | animesaturn.tv/watch?file=V5W6upEIe0_Pj |
| 22 | srstop.link | Big Bang Theory S12E01 | srstop.link/show/the-big-bang-theory-s12e01/season/12/episode/1 | Black-ish S04E01 | srstop.link/show/black-ish-s04e01/season/4/episode/1 |
| 23 | topsrs.day | Big Bang Theory S12E01 | topsrs.day/show/the-big-bang-theory-s12e01/season/12/episode/1 | Black-ish S04E01 | topsrs.day/show/black-ish-s04e01/season/4/episode/1 |
| 24 | kinox.top | Fast & Furious 10 | kinox.top/9725-fast-furious-10-kostenlos-german.html | Wonder Woman 1984 | kinox.top/1833-wonder-woman-1984-stream-german-hd-deutsch.html |
| 25 | imoviehds.com | The Little Mermaid | imoviehds.com/the-little-mermaid-2/ | Spider-man: Far from Home | imoviehds.com/spiderman-2019-far-from-home/ |
| 26 | 123-hd.com | The Little Mermaid | 123-hd.com/the-little-mermaid | Spider-man: Far from Home | 123-hd.com/spider-man-far-from-home |
| 27 | 24-hd.com | The Little Mermaid | 24-hd.com/the-little-mermaid/ | Spider-man: Far from Home | 24-hd.com/spider-man-far-from-home/ |

           
            
            
            

ALLIANCE FOR Creativity and Entertainment

www.alliance4creativity.com

| 28 | new-hd.com | Disenchanted | new-hd.com/disenchanted/ | Madame Web | new-hd.com/madame-web/ |
|---|---|---|---|---|---|
| 29 | serie-day.com | National Treasure: Edge of History S01E01 | serie-day.com/national-treasure-edge-of-history/ | Breaking Bad S04E01 | serie-day.com/breaking-bad-season-4/ |
| 30 | hianime.to | Summer Time Rendering S01E01 | hianime.to/watch/summer-time-rendering-17500?ep=89776 | Tokyo Pig S01E01 | hianime.to/watch/tokyo-pig-6066?ep=94166 |
| 31 | assistirseries.gratis | Breaking Bad S03E01 | assistirseries.gratis/ver/serie/breaking-bad-a-quimica-do-mal/online | Grey's Anatomy S019E03 | assistirseries.gratis/ver/serie/greys-anatomy/online |
| 32 | comandotorrents.to | The Batman | comandotorrents.to/batman-torrent-2022-dual-audio-dublado-4k-download-full-hd-assistir-online/ | Encanto | comandotorrents.to/encanto-torrent-2021-dual-audio-dublado/ |
| 33 | filmesxp.com | Encanto | filmesxp.com/filmes/assistir/encanto-online/ | The Batman | filmesxp.com/filmes/assistir/batman-online/ |
| 34 | megaflix.click | Breaking Bad S03E01 | megaflix.click/assistir/serie-breaking-bad-a-quimica-do-mal/3x1 | Grey's Anatomy S019E03 | megaflix.click/assistir/serie-greys-anatomy/19x3 |
| 35 | overflixtv.com | Breaking Bad S03E01 | overflixtv.com/assistir-breaking-bad-a-quimica-do-mal-3x1-dublado-online-3437/ | Grey's Anatomy S019E03 | overflixtv.com/assistir-a-anatomia-de-grey-19x3-legendado-online-17770/ |
| 36 | pelisflix.pink | Breaking Bad S03E01 | pelisflix.pink/episodio/breaking-bad-hd-aaq-kerr-3x1/ | Grey's Anatomy S019E03 | pelisflix.pink/episodio/greys-anatomy-aa-kcsr-19x3/ |



ALLIANCE FOR
**Creativity and Entertainment**

www.alliance4creativity.com

| | | | | | |
|---|---|---|---|---|---|
| 37 | pelispedia.mov | Breaking Bad S03E01 | pelispedia.mov/episodio/breaking-bad-2008-3x1/ | Grey's Anatomy S019E03 | pelispedia.mov/episodio/anatomia-de-grey-2005-19x3/ |
| 38 | pelisplus.to | Encanto | pelisplus.to/pelicula/encanto | Spider-man: Into the Spider-Verse | pelisplus.to/pelicula/spider-man-un-nuevo-universo |
| 39 | repelisplus.lat | Breaking Bad S03E01 | repelisplus.lat/v/breaking-bad-hd-aaq-kerr/online/3x1 | Grey's Anatomy S019E03 | repelisplus.lat/v/greys-anatomy-aakcsr/online/19x3 |
| 40 | seriesflix.my | Breaking Bad S03E01 | seriesflix.my/episodio/breaking-bad-zexe-3x1/ | Grey's Anatomy S019E03 | seriesflix.my/episodio/anatomia-de-grey-znmj-19x3/ |
| 41 | superfilmes.blue | Breaking Bad S03E01 | superfilmes.blue/series/assistir-online-breaking-bad | Grey's Anatomy S019E03 | superfilmes.blue/series/assistir-online-greys-anatomy/ |
| 42 | topflix.sh | Breaking Bad S03E01 | topflix.sh/series/assistir-online-breaking-bad/#/ | Grey's Anatomy S019E03 | topflix.sh/series/assistir-online-greys-anatomy/#/ |
| 43 | veronline.mov | Breaking Bad S03E01 | veronline.mov/series-online/breaking-bad-temporada-3-capitulo-1-4413.html | Grey's Anatomy S019E03 | veronline.mov/series-online/anatomaia-de-grey-temporada-19-capitulo-3-4320.html |
| 44 | tvchak113.com | Inside Out | tvchak113.com/index.php/vod/play/id/119155/sid/1/nid/1.html | Oppenheimer | tvchak113.com/index.php/vod/play/id/119325/sid/1/nid/1.html |
| 45 | hianime.mn | Summer Time Rendering S01E01 | hianime.mn/watch/summer-time-rendering-17500?ep=89776 | Tokyo Pig S01E01 | hianime.mn/watch/tokyo-pig-6066?ep=94166 |
| 46 | hianime.nz | Summer Time Rendering S01E01 | hianime.nz/watch/summer-time-rendering-17500?ep=89776 | Tokyo Pig S01E01 | hianime.nz/watch/tokyo-pig-6066?ep=94166 |
| 47 | hianime.sx | Summer Time Rendering S01E01 | hianime.sx/watch/summer- | Tokyo Pig S01E01 | hianime.sx/watch/tokyo-pig-6066?ep=94166 |







ALLIANCE FOR CREATIVITY and Entertainment

www.alliance4creativity.com

| | | | timerendering-17500?ep=89776 | | |
|---|---|---|---|---|---|
| 48 | megacine.to | Encanto | megacine.to/filmes/assistir-encanto-online | The Batman | megacine.to/filmes/assistir-batman-online |
| 49 | pobreflix.global | Breaking Bad S03E01 | pobreflix.global/episodes/breaking-bad-a-quimica-do-mal-3x1/ | The Batman | pobreflix.global/filmes/batman-2022/ |
| 50 | seriesflixtv2.me | Breaking Bad S03E01 | seriesflixtv2.me/episodios/breaking-bad-a-quimica-do-mal-3x1/ | Grey's Anatomy S019E03 | seriesflixtv2.me/episodios/assistir-a-anatomia-de-grey-19x3-dublado-e-legendado-online-hd/ |

Enclosed is a subpoena compliant with the Digital Millennium Copyright Act. The subpoena requires that you provide information concerning the individuals offering infringing material described in the attached notice. As is stated in the attached subpoena, you are required to disclose to the Motion Picture Association, Inc. (on behalf of the ACE Members) information sufficient to identify the infringers. This would include the individuals' names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account history.

We are providing this notice based on our good faith belief that the use of motion pictures and television programs owned by the ACE Members in the manner occurring via the websites identified below is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate and, under penalty of perjury, we are authorized to act on behalf of the ACE Members, which own or control exclusive rights under copyright that are being infringed in the manner described herein. This letter is without prejudice to the rights and remedies of the ACE Members, including to recover damages and any other claims for relief, all of which are expressly reserved.





www.alliance4creativity.com

If you have any questions, please contact me at (202) 293-1966, or via email at enforcement@global.motionpictures.org.

Very truly yours,

*Larissa Knapp*
_____
Larissa Knapp
Executive Vice President & Global Chief of Content Protection
Motion Picture Association, Inc.


Attachment and Enclosure

           
           
             
